CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 17-36052

| Re: | LUIS A GARCIA | Atty: | CABANILLAS & ASSOCIATES, PC |
|---|---|---|---|
| | 791-799 E 25TH STREET | | 120 BLOOMINGDALE ROAD |
| | PATERSON,  NJ  07504 | | SUITE 400 |
| | | | WHITE PLAINS, NY  10605 |

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/08/2018 | $2,010.00 | 534322506 | 02/06/2018 | $2,010.00 | 534322776 |
| 03/07/2018 | $2,010.00 | 534324058 | 04/23/2018 | $2,010.00 | 535110737 |
| 05/08/2018 | $2,010.00 | 534741603 | 06/11/2018 | $2,010.00 | 535740197 |
| 07/13/2018 | $2,010.00 | 535741468 | 08/08/2018 | $2,010.00 | 535742223 |
| 09/10/2018 | $2,010.00 | 536421025 | 10/10/2018 | $2,010.00 | 536421868 |
| 11/05/2018 | $2,010.00 | 537387726 | | | |

**Total Receipts: $22,110.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $22,110.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 03/19/2018 | $3,782.82 | 798,074 | 04/16/2018 | $1,891.41 | 799,943 |
| | 05/14/2018 | $1,901.46 | 801,829 | 06/18/2018 | $1,901.46 | 803,729 |
| | 07/16/2018 | $1,901.46 | 805,718 | 08/20/2018 | $1,901.46 | 807,584 |
| | 09/17/2018 | $1,949.70 | 809,555 | 10/22/2018 | $1,949.70 | 811,456 |
| | 11/19/2018 | $1,895.43 | 813,410 | 12/17/2018 | $1,895.43 | 815,285 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,368.81 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | M&T BANK | MORTGAGE ARRE | 104,884.70 | 100.00% | 20,970.33 | 83,914.37 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CBUSASEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CITIBANK / SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 186.47 | 100.00% | 0.00 | 186.47 |
| 0007 | MED BUSINESS BUREAU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SYNCB/TOYS R US | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 17-36052

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | CBUSASEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 153.67 | 100.00% | 0.00 | 153.67 |
| 0020 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | VISA DEPT STORE NATIONAL BANK/MACY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $22,339.14**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $22,110.00      -    Paid to Claims: $20,970.33    -    Admin Costs Paid: $1,368.81    =    Funds on Hand: $3,790.86

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.