Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−36052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis A Garcia
   791−799 E 25th Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−1703

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/17/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 18, 2020
JAN: jf

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                Case No. 17-36052-VFP
Luis A Garcia                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 18, 2020
                              Form ID: 148             Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db            +Luis A Garcia,   791-799 E 25th Street,    Paterson, NJ 07504-2047
517256064     +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
517256065     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
517256068     +Med Business Bureau,   1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
517256071     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Aug 19 2020 03:23:00      Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,   Norfolk, VA 23541-1021
517256062     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2020 00:13:17
               Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
               Miami, FL 33146-1873
517256063     +EDI: CAPITALONE.COM Aug 19 2020 03:28:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517256066     +EDI: CITICORP.COM Aug 19 2020 03:28:00      Citibank/The Home Depot,
               Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,   St Louis, MO 63179-0040
517256067     +EDI: AMINFOFP.COM Aug 19 2020 03:28:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
517378195      E-mail/Text: camanagement@mtb.com Aug 19 2020 00:12:23      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
517302256     +EDI: JEFFERSONCAP.COM Aug 19 2020 03:28:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517256069     +EDI: RMSC.COM Aug 19 2020 03:23:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
517257197     +EDI: RMSC.COM Aug 19 2020 03:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517256070     +EDI: RMSC.COM Aug 19 2020 03:23:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    M&T BANK NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Paola D. Vera    on behalf of Debtor Luis A Garcia pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```